UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEONARD DOUGLAS HIGGINS, JR.,

    Petitioner,

v.                                      Case No.  3:16cv489/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court upon referral from the clerk.  On September 30, 2016, the undersigned ordered petitioner to submit, within thirty days:  (1) the $5.00 filing fee or a complete application to proceed *in forma pauperis*, and (2) two identical service copies of his habeas petition and attachments.  (Doc. 3).  Petitioner was warned that failure to comply with the order would result in dismissal of this case.  To date, petitioner has not complied with the order and has not responded to the November 16, 2016 order (doc. 4) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 2nd day of December, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See 11th Cir. R. 3-1; 28 U.S.C. § 636.